IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     No. 4:19-cr-688-DPM-5

NIKI CHARLES     DEFENDANT

## ORDER

Niki Charles's motion for a ruling regarding the status of counsel, *Doc. 252*, is granted. The embedded request for a hearing is denied.

Charles has two Court-appointed lawyers in this case—Ron Davis and Lee Short—and a paralegal. A new retained lawyer, Dan Hancock, entered his appearance yesterday. Trial in this 2019 case is scheduled to begin on 30 August 2022. It has already been continued three times. The last continuance was necessitated by Charles's issues with her lawyer.

This case is ready for trial, and it is time to get it tried. Dan Hancock may serve as second chair co-counsel, but the Court will not relieve Ron Davis, who has served as Niki Charles's lawyer since 30 December 2019. *Compare United States v. Bradshaw*, 955 F.3d 699, 703-04 (8th Cir. 2020). Davis remains lead counsel. Three lawyers, however, are unnecessary. Lee Short is relieved as Niki Charles's counsel, with the Court's thanks.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

29 July 2022