IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                          No. 4:19-cr-688-DPM-5

NIKI CHARLES                                                          DEFENDANT

### ORDER

Niki Charles moves to reduce her sentence based on an amendment to the Sentencing Guidelines for certain zero-point offenders. *See* USSG § 4C1.1. As I've previously noted, it is unclear if this amendment applies to any defendant in this case. *Doc. 418 at 1-2*. Regardless, Niki Charles waived her right to have her sentence modified based on a change to the guidelines. *Doc. 261 at 3*. And even after applying the amendment, her guideline range of twenty-seven to thirty-three months remains much higher than the sentence she received: sixteen months. All material things considered, the sentence imposed was the just and fair sentence in this case. Her motion, *Doc. 424*, is therefore denied. 18 U.S.C. § 3582(c)(2).

- 2 -

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 February 2024